THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER
AUSTIN, Appellant.

Submitted February 29, 2016; decided March 24, 2016

Motion for assignment of counsel granted and Robert S.
Dean, Esq., Center for Appellate Litigation, 120 Wall Street,
28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSS
CAMPBELL, Appellant.

Submitted February 22, 2016; decided March 24, 2016

Motion for assignment of counsel granted and Robert S.
Dean, Esq., Center for Appellate Litigation, 120 Wall Street,
28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN
GAYDEN, Appellant.

Submitted February 22, 2016; decided March 24, 2016

Motion for assignment of counsel granted and Timothy P.
Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh
Street, Rochester, New York 14614 assigned as counsel to the
appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURLIE
GREEN, Appellant.

Submitted February 29, 2016; decided March 24, 2016

Motion for an extension of the time within which to apply for
permission to appeal pursuant to CPL 460.20 dismissed as
untimely.